Daniel L. HEATH, Respondent

v.

George D. DELLICH and Mary Ann Dellich, Petitioners

No. 109 WAL 2017

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.